# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1774
LT Case No. 05-2023-DR-46019

_____

WILLIAM G. GROTT,

    Appellant,

    v.

ANGELA JO SHOE,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Robert Alan Segal, Judge.

Kevin M. Rollin, of Napier & Rollin, PLLC, Vero Beach, for
Appellant.

Vincent D. Sowerby and J. Garry Rooney, of Rooney & Rooney,
P.A., Vero Beach, for Appellee.

June 9, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____